IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**TABARRIS CONNER**                                                                                                     **PLAINTIFF**

V.                                                                        **CIVIL ACTION NO.: 1:15CV133-GHD-SAA**

**JUDGE NICOLE CLINKSCALES,**
**KEVIN MCCRAY,**
**FORREST ALLGOOD, and**
**BEUNKA JONES**                                                                          **DEFENDANTS**

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order issued today, the instant case is hereby **DISMISSED** with prejudice as frivolous and for failure to state a claim upon which relief may be granted, counting as a "strike" under 28 U.S.C. §§ 1915(e)(2)(B) and 1915(g).

SO ORDERED this the 25th day of August, 2015.

_____
SENIOR U.S. DISTRICT JUDGE